UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| CHARLES THOMAS WALKER, II, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5:19-037-DCR |
| | ) | |
| v. | ) | |
| | ) | |
| KATHY STEIN, et al., | ) | **JUDGMENT** |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1.    Plaintiff Charles Thomas Walker, II's Complaint [Record No. 1] is **DISMISSED** with prejudice for lack of subject matter jurisdiction.

2.    This action is **STRICKEN** from the Court's docket.

3.    This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Dated: February 8, 2019.

Signed By: _Danny C. Reeves_
**United States District Judge**